UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY JANE RHODES,

    Plaintiff,

v

STATE OF MICHIGAN, MICHIGAN DEPARTMENT OF CORRECTIONS, JOHN DOE/JANE DOE QUARTERMASTER OF WOMEN'S HURON VALLEY CORRECTIONAL FACILITY, SONAL PATEL, STEPHANIE JACKSON, SHONTEL BARNES, TONYA ALLEN, NORMAN LAUGHLIN, PAUL MCPHERSON, and RICHARD JONES,

    Defendants.

NO. 2:17-cv-12416

HON. TERRENCE G. BERG

MAG. ELIZABETH A. STAFFORD

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy J. Derouin (P70514)<br>Shawn C. Cabot (P42449)<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>Attorney for Plaintiffs<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 | James T. Farrell (P35400)<br>Assistant Attorney General<br>Michigan Dept. of Attorney General<br>Attorney for Defendants<br>Complex Litigation Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-3055 |

                              /

## **JANUARY 9, 2019 PROTECTIVE ORDER**

Upon the stipulation of counsel, as indicated by their attorneys' signatures below, and the Court being advised in the premises,

IT IS ORDERED:

1. The Michigan Department of Corrections will provide Plaintiff's counsel with Anthernette Thomas' (#513066) last known telephone number within two days following the entry of this Protective Order, subject to the restrictions hereinafter set forth.

2. Anthernette Thomas' telephone number may be reviewed only by Plaintiff's counsel in this litigation. The telephone number may be used by Plaintiff's counsel solely for the purposes of this proceeding. Counsel shall not show, provide to, or otherwise published this telephone number to Plaintiff, any current prisoner, any former prisoner, or any other person not employed by the Michigan Department of Corrections, absent further Order of this Court.

3. The Michigan Department of Corrections itself is not bound by the terms of this Order.

>    **/s/Terrence G. Berg**
>    **TERRENCE G. BERG**
>    **UNITED STATES DISTRICT JUDGE**

**Dated: January 14, 2019**

"I STIPULATE TO THE ENTRY OF THE ABOVE ORDER."


*/s/ Amy J. Derouin (with consent)*
Attorney for Plaintiff


*/s/ James T. Farrell*
Attorney for Defendants