KELLY JANE RHODES,

    Plaintiff,

v

STATE OF MICHIGAN, MICHIGAN DEPARTMENT OF CORRECTIONS, JOHN DOE/JANE DOE QUARTERMASTER OF WOMEN'S HURON VALLEY CORRECTIONAL FACILITY, SONAL PATEL, STEPHANIE JACKSON, SHONTEL BARNES, TONYA ALLEN, NORMAN LAUGHLIN, PAUL MCPHERSON, and RICHARD JONES,

    Defendants.

NO. 2:17-cv-12416

HON. TERRENCE G. BERG

MAG. ELIZABETH A. STAFFORD

---

**Christopher J. Trainor (P42449)**
**Amy J. Derouin (P70514)**
**Shawn C. Cabot (P42449)**
Christopher Trainor & Associates
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650

**James T. Farrell (P35400)**
Assistant Attorney General
Michigan Dept. of Attorney General
Attorney for Defendants
Complex Litigation Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-3055

                                                      /

## **FEBRUARY 7, 2019 PROTECTIVE ORDER**

Based on the stipulation of the parties,

It is **ORDERED**:

1. The Michigan Department of Corrections will provide Plaintiff's counsel with the last known telephone number of former MDOC employee Janea Jones within two days following the entry of this Protective Order, subject to the restrictions hereinafter set forth.

2. Janea Jones' last known address may be reviewed only by Plaintiff's counsel in this litigation. The address may be used by Plaintiff's counsel solely for the purposes of this proceeding. Counsel shall not show, provide to, or otherwise publish this address to Plaintiff, any current prisoner, any former prisoner, or any other person not employed by the Michigan Department of Corrections, absent further Order of this Court.

3. The Michigan Department of Corrections itself is not bound by the terms of this Order.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: February 8, 2019

"I STIPULATE TO THE ENTRY OF THE ABOVE ORDER."

| | |
|---|---|
| */s/Christopher J. Trainor* | */s/ James T. Farrell* |
| Christopher J. Trainor (P42449) | James T. Farrell (P35400) |
| Amy J. Derouin (P70514) | Assistant Attorney General |
| Shawn C. Cabot (P42449) | Michigan Dept. of Attorney General |
| Christopher Trainor & Associates | Attorney for Defendants |
| Attorneys for Plaintiff | |